IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF AGRICULTURE EMPLOYEES<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-02657-PLF |

## DECLARATION OF SERVICE

I, April H. Pullium, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney at O'Donoghue & O'Donoghue LLP, in Washington, DC, representing the Plaintiff in this case. I am over 18 years of age. I am not a party to the above action.

2. On August 18, 2025, I sent an email to the office of the United States Attorney for the District of Columbia at USADC-ServiceCivil@usdoj.gov, with a copy of the summons and complaint in this action attached.

3. On August 23, 2025, I received a response from the address identified in Paragraph 2, stating that "Your service package has been received and accepted with a service date of August 18, 2025." A true and correct copy of this email is attached as Exhibit A to this Declaration.

Executed on September 11, 2025

*[signature]*

April H. Pullium

# EXHIBIT A

# April Pullium

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Saturday, August 23, 2025 5:32 PM |
| **To:** | April Pullium |
| **Subject:** | RE: National Ass'n of Agricultural Employees v. Trump et al., No. 25-cv-2657-PLF (email 1 of 1) |

Your service package has been received and accepted with a service date of August 18, 2025.  Thank you.

**From:** April Pullium <apullium@odonoghuelaw.com>
**Sent:** Monday, August 18, 2025 12:12 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] National Ass'n of Agricultural Employees v. Trump et al., No. 25-cv-2657-PLF (email 1 of 1)

Good morning,

Please see the attached summons and complaint in the above-mentioned action for service of process. A copy also has been sent by certified mail.

Thank you,
April Pullium

April H. Pullium (she/her)
O'DONOGHUE & O'DONOGHUE LLP

O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015

202-362-0041 (office)
202-957-4013 (cell)