UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF AGRICULTURE EMPLOYEES,<br><br>*Plaintiff*;<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-2657-PLF |

**JOINT MOTION TO STAY CASE
PENDING D.C. CIRCUIT DECISION IN RELATED CASES**

The Parties, by and through undersigned counsel, respectfully request to stay proceedings in this matter, including Defendants' deadline to respond to the Complaint, pending the D.C. Circuit's forthcoming decision in three related cases. Good cause exists to grant this motion, as detailed below:

1. Plaintiff filed its Complaint on August 13, 2025. Defendants' response to the Complaint is currently due December 9, 2025.[1]

2. On December 15, the D.C. Circuit will hear oral argument in preliminary injunction appeals in three cases related to this one: *National Treasury Employees Union v.*

---

[1] Plaintiff served the summons and Complaint on the United States Attorney for the District of Columbia on August 18, 2025. Decl. of Service, ECF No. 6. At the end of the day on September 30, 2025, funding for various Executive Branch agencies, including the Department of Justice, lapsed. By Standing Order, the United States District Court for the District of Columbia stayed and extended (as a default rule and subject to certain exceptions) all filing and discovery deadlines imposed upon the United States, any of its federal agencies, or any of its officers or employees by the number of days equal to the length (in days) of the lapse of appropriations plus ten days. *See* D.D.C. Standing Orders No. 25-55 (Oct. 1, 2025) and No. 25-59 (Nov. 13, 2025). As a result, the deadline for Defendants to respond to the Amended Complaint was extended to December 9, 2025.

*Trump*, No. 25-5157 (D.C. Cir.); *American Foreign Service Ass'n v. Trump*, No. 25-5184 (D.C. Cir.); and *Federal Education Ass'n v. Trump*, No. 25-5303 (D.C. Cir.).  The D.C. Circuit's forthcoming decision in those cases should inform the Parties' views on how this case should proceed.  Among other things, the D.C. Circuit will likely address this Court's jurisdiction to hear claims like those brought in this case.

3. It would serve the interests of justice and efficiency, and conserve the Parties' and this Court's resources, to stay litigation in this matter pending the D.C. Circuit's decisions in the three related cases described above.  The Parties therefore propose that proceedings in this matter be stayed and that they file a joint status report within 14 days of the D.C. Circuit's issuance of its decision(s) in those cases.  In that joint status report, the Parties shall propose next steps for this litigation.  The Parties further propose that Defendants' Complaint response deadline likewise be stayed in the meantime, and that they address the response in their joint status report.

For the foregoing reasons, this Court should grant the Parties' joint motion.  A Proposed Order is submitted herewith.

Dated: December 8, 2025                    Respectfully submitted,

 */s/ Richard J. Hirn*
RICHARD J. HIRN
(D.C. Bar. No. 291849)
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
Phone: (202) 274-1812
Fax: (202) 686-2877
Email: richard@hirnlaw.com

KEITH R. BOLEK (D.C. Bar. No. 463129)
APRIL H. PULLIUM (D.C. Bar. No. 198026)
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015
Phone: 202-362-0041

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
TYLER J. BECKER
Counsel to the Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

Fax: 202-362-2640
Email: kbolek@odonoghuelaw.com
Email: apullium@odonoghuelaw.com

*Counsel for Plaintiff*

 /s/ Lisa Zeidner Marcus
LISA ZEIDNER MARCUS
(NY Bar No. 4461679)
Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 514-3336
Fax: (202) 616-8470
Email: lisa.marcus@usdoj.gov

*Counsel for Defendants*