UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF AGRICULTURE EMPLOYEES<br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*, et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-2657-PLF |

## NOTICE OF SUBSTITUTION OF COUNSEL

To the Clerk of the Court and All Parties of Record:

Please take notice that the undersigned attorney, Benjamin Kurland of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel, substituting for Lisa Zeidner Marcus in the above-captioned case on behalf of all Defendants.

Dated: January 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

*/s/ Benjamin Kurland*
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
Trial Attorney
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, NW, Twelfth Floor
Washington, D.C. 20005
Tel.: 202-598-7755
Email: Ben.Kurland@usdoj.gov

*Counsel for Defendants*